UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| DAVID SURKIS,<br><br>      Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, et al.<br><br>      Defendants. | Case No.: 7:20-cv-11022-CS |

ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC ONLY

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Portfolio Recovery Associates, LLC, only, are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Defendant Portfolio Recovery Associates, LLC as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: 7/20/21

*Cathy Seibel*

Judge of United States District Court

117198211